Aaron D. Lovaas, Esq.
Nevada Bar No. 5701
Chelsie A. Adams, Esq.
Nevada Bar No. 13058
FENNEMORE CRAIG, P.C.
9275 W Russell Rd, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com
cadams@fennemorelaw.com

Attorneys for Plaintiff
BREEZE MEDICAL, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BREEZE MEDICAL, LLC, a Tennessee limited liability company,

Plaintiff,

v.

TRINITY HOUSE CALLS, LLC, a Nevada limited liability company; MARY HUNTLY, an individual; ROBERT HUNTLY, an individual; and ROBERT and MARY HUNTLY, husband and wife and the marital community comprised thereof,

Defendants.

Case No. 2:26-cv-01728-MMD-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE**

**(FIRST REQUEST)**

Plaintiff BREEZE MEDICAL, LLC (“Plaintiff”) and Defendants TRINITY HOUSE CALLS, LLC; MARY HUNTLY; ROBERT HUNTLY; and ROBERT and MARY HUNTLY, husband and wife and the marital community comprised thereof (collectively, “Defendants”), by and through their respective counsel of record undersigned, hereby stipulate that the time for the parties to conduct the Rule 26(f) conference in this matter should be extended subject to the Court’s resolution of Defendants’ pending Motion to Dismiss (ECF No.8) (“Motion”). The Motion has been fully briefed.

WHEREAS, Defendants first answered or otherwise appeared in this case via the filing of the Motion (ECF No. 8) on July 17, 2026; and

WHEREAS, pursuant to Local Rule 26-1(a), the parties must conduct the Rule 26(f) conference on or before August 17, 2026; and

WHEREAS, the Court's resolution of the Motion could include (a) a dismissal of this case altogether; (b) an order that Plaintiff amend its Complaint; (c) an outright denial of the Motion; or (d) some combination of relief to one or more parties; and

WHEREAS, depending on the Court's resolution of the Motion, the Rule 26(f) conference may not be necessary at all, or may need to be expanded in scope to address topics or issues not contemplated by the current version of the Complaint, or may need to be reduced in scope to address fewer than the currently-pled causes of action; and

WHEREAS, the parties believe that extending the time to conduct the Rule 26(f) conference pending the Court's resolution of the Motion in order to accommodate the contingencies described above promotes efficiency, judicial economy, and conserves resources;

NOW THEREFORE, the parties submit that good cause exists to extend the time for the parties to conduct the FRCP 26(f) conference until 30 days after Defendants have filed an Answer to the operative Complaint on file following the Court's resolution of the Motion and the parties' compliance with any order(s) issued therefrom (*e.g.*, filing of an Amended Complaint).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is submitted in good faith and not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated: August 11, 2026.

**FENNEMORE CRAIG, P.C.**

By: *_/s/ Aaron D. Lovaas_*
Aaron D. Lovaas, Esq. (NVB #5701)
Chelsie A. Adams (NVB #13058)
9275 W Russell Rd, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: alovaas@fennemorelaw.com
cadams@fennemorelaw.com

Attorneys for Plaintiff

Dated: August 11, 2026.

**CLARK HILL PLC**

By: *_/s/ William D. Schuller_*
Crane M. Pomerantz, Esq. (NVB #14103)
William D. Schuller, Esq. (NVB #11271)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 862-8300
Email: cpomerantz@clarkhill.com
wschuller@clarkhill.com

Attorneys for Defendants

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 12, 2026